DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH STEIN,**
Appellant,

v.

**STEPHANIE LANGER** and
**DISABILITY INDEPENDENCE GROUP, INC.,**
Appellees.

No. 4D2024-1682

[March 12, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502023CA010009XXXXMB.

Lawrence A. Caplan of Lawrence A. Caplan, P.A., Boca Raton, for appellant.

Forrest L. Andrews of Lydecker LLP, Miami, for appellees.

PER CURIAM.

*Affirmed. See Rushing v. Bosse*, 652 So. 2d 869 (Fla. 4th DCA 1995).

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***